tiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 553 F.3d 743.

**No. 09-392. Virgil Moran, Petitioner v. United States.**

559 U.S. 1005, 130 S. Ct. 1879, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2640.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 573 F.3d 1132.

**No. 09-446. Anthony Calabrese, Petitioner v. United States.**

559 U.S. 1005, 130 S. Ct. 1879, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2731.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 572 F.3d 362.

**No. 09-581. Jamal Kiyemba, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

559 U.S. 1005, 130 S. Ct. 1880, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2642.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 385 U.S. App. D.C. 198, 561 F.3d 509.

**No. 09-592. Eleanor McCullen, et al., Petitioners v. Martha Coakley, Attorney General of Massachusetts.**

559 U.S. 1005, 130 S. Ct. 1881, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2664.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 571 F.3d 167.

**No. 09-640. Victor William Molina-De La Villa, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1005, 130 S. Ct. 1882, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2656.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 306 Fed. Appx. 389.

**No. 09-665. Saul Gregorio Martinez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1005, 130 S. Ct. 1883, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2670.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 557 F.3d 1059.

**No. 09-674. Alliance Shippers, Inc., Petitioner v. Penobscot Frozen Foods, Inc., et al.**

559 U.S. 1005, 130 S. Ct. 1883, 176 L. Ed. 2d 362, 2010 U.S. LEXIS 2734.

March 22, 2010. Petition for writ of cer-

tiorari to the Superior Court of New Jersey, Appellate Division, denied.